| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
**Chapter 13 Case No. 23-11230-PMM**

Bethzaida Seda  
1518 Snyder St  
Reading  PA   19601

Petition Filed Date: 04/27/2023  
341 Hearing Date: 06/27/2023  
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 07/05/2023 | $350.00 | | | | | | | |

**Total Receipts for the Period: $350.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $750.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | BRENNA H MENDELSOHN ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | US DEPARTMENT OF HUD<br>»» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | LVNV FUNDING LLC<br>»» 002 | Unsecured Creditors | $2,527.82 | $0.00 | $0.00 |
| 3 | LVNV FUNDING LLC<br>»» 003 | Unsecured Creditors | $319.01 | $0.00 | $0.00 |
| 4 | LVNV FUNDING LLC<br>»» 004 | Unsecured Creditors | $1,221.70 | $0.00 | $0.00 |
| 5 | LVNV FUNDING LLC<br>»» 005 | Unsecured Creditors | $1,139.59 | $0.00 | $0.00 |
| 6 | CAPITAL ONE BANK (USA) NA<br>»» 006 | Unsecured Creditors | $1,309.83 | $0.00 | $0.00 |
| 7 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 007 | Unsecured Creditors | $51.91 | $0.00 | $0.00 |
| 8 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 008 | Unsecured Creditors | $448.09 | $0.00 | $0.00 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 009 | Unsecured Creditors | $3,738.17 | $0.00 | $0.00 |
| 10 | NEW JERSEY TURNPIKE AUTHORITY<br>»» 010 | Unsecured Creditors | $514.50 | $0.00 | $0.00 |
| 11 | CENLAR FSB<br>»» 011 | Mortgage Arrears | $17,483.43 | $0.00 | $0.00 |
| 12 | MARINER FINANCE LLC<br>»» 012 | Unsecured Creditors | $5,269.08 | $0.00 | $0.00 |
| 13 | LVNV FUNDING LLC<br>»» 013 | Unsecured Creditors | $4,624.98 | $0.00 | $0.00 |
| 14 | SYNCHRONY BANK<br>»» 014 | Unsecured Creditors | $1,025.69 | $0.00 | $0.00 |
| 15 | ALLY FINANCIAL<br>»» 015 | Secured Creditors | $352.81 | $0.00 | $0.00 |

**Chapter 13 Case No. 23-11230-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $750.00 | Current Monthly Payment: | $406.38 |
| Paid to Claims: | $0.00 | Arrearages: | $1.38 |
| Paid to Trustee: | $67.50 | Total Plan Base: | $23,915.04 |
| Funds on Hand: | $682.50 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/  for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.