United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Bethzaida Seda  
    Debtor

Case No. 23-11230-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 3  
Date Rcvd: Sep 28, 2023      Form ID: 155      Total Noticed: 28

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 30, 2023:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Bethzaida Seda, 1518 Snyder St, Reading, PA 19601-1334 |
| 14777536 | + | American Homeshield, PO Box 15130, Wilmington, DE 19850-5130 |
| 14777539 | + | City of Reading, Treasury Dept., 815 Washington Street, Reading, PA 19601-3615 |
| 14777540 | + | EZ Pass, PO Box 1518, Albany, NY 12201-1518 |
| 14777542 | | LVNV Funding LLC, c/o Resurgent Capital, Greenville, SC 29602 |
| 14778323 | + | U.S. Department of Housing and Urban Development, 100 Penn Square East, 11th Floor, Philadelphia, PA 19107-3325 |
| 14777552 | + | Unifund, LLC, 10625 Techwoods Circle, Cincinnati, OH 45242-2846 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| 14779562 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 29 2023 01:30:06 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14796357 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 29 2023 01:26:18 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14777535 | + | Email/Text: ally@ebn.phinsolutions.com | Sep 29 2023 01:16:00 | Ally Financial, Inc, Attn: Bankruptcy, 500 Woodard Ave, Detroit, MI 48226-3416 |
| 14777537 | + | Email/Text: bankruptcycourtnotices@amerihome.com | Sep 29 2023 01:16:00 | AmeriHome Mortgage, Attn: Bankruptcy, 1 Baxter Way, Suite 300, Thousand Oaks, CA 91362-3888 |
| 14779759 | ^ | MEBN | Sep 29 2023 01:08:09 | AmeriHome Mortgage Company, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14793492 | | Email/Text: BKelectronicnotices@cenlar.com | Sep 29 2023 01:16:00 | Cenlar FSB Attn BK Dept, 425 Phillips Blvd, Ewing, NJ 08618 |
| 14777538 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 29 2023 01:48:28 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14782188 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 29 2023 01:48:06 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14777541 | + | Email/Text: data_processing@fin-rec.com | Sep 29 2023 01:16:00 | Finanacial Recovery Services, Inc., PO Box 21405, MN 55121-0405 |
| 14779269 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 29 2023 01:48:15 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14777543 | + | Email/Text: bankruptcy@marinerfinance.com | Sep 29 2023 01:16:00 | Mariner Finance, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |

Case 23-11230-pmm  Doc 21  Filed 09/30/23  Entered 10/01/23 00:32:05  Desc Imaged
Certificate of Notice  Page 2 of 4

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 28, 2023 | Form ID: 155 | Total Noticed: 28 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14777544 | + | Email/Text: bankruptcy@marinerfinance.com | Sep 29 2023 01:16:00 | Mariner Finance, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 14791484 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Sep 29 2023 01:16:00 | New Jersey Turnpike Authority, Ramon de la Cruz, NJ Turnpike Authority, 1 Turnpike Plaza, P.O Box 5042, Ramn de la Cruz, NJ Turnpike Authority, Woodbridge, NJ 07095 |
| 14777545 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 29 2023 01:49:01 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 14790737 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 29 2023 01:29:58 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14788355 | | Email/Text: bnc-quantum@quantum3group.com | Sep 29 2023 01:16:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14777546 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 29 2023 01:48:47 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 14777549 | + | Email/Text: bankruptcynotices@sba.gov | Sep 29 2023 01:16:00 | Small Business Administration, PO Box 3918, Portland, OR 97208-3918 |
| 14796263 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 29 2023 01:48:55 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14777550 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 29 2023 01:48:24 | Synchrony Bank/Lowes, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14777551 | | Email/Text: bankruptcy@unifund.com | Sep 29 2023 01:16:00 | Unifund, Attn: Bankruptcy Department, 10625 Techwood Cir., Cincinnati, OH 45242 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14793550 | *+ | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 14777547 | *+ | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 14777548 | ##+ | Riverfront Fed Cr Un, 430 S 4th St, Reading, PA 19602-2630 |

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 30, 2023        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 28, 2023 at the address(es) listed below:

**Name**        **Email Address**

| District/off: 0313-4 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Sep 28, 2023 | Form ID: 155 | Total Noticed: 28 |

BRENNA HOPE MENDELSOHN
    on behalf of Debtor Bethzaida Seda tobykmendelsohn@comcast.net

DENISE ELIZABETH CARLON
    on behalf of Creditor AMERIHOME MORTGAGE COMPANY LLC bkgroup@kmllawgroup.com

MICHAEL PATRICK FARRINGTON
    on behalf of Creditor AMERIHOME MORTGAGE COMPANY LLC mfarrington@kmllawgroup.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Bethzaida Seda
      Debtor(s)　　　　　　　　　　　　　　　Chapter: 13
　　　　　　　　　　　　　　　　　　　　　Bankruptcy No: 23−11230−pmm
_____

### *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this September 28, 2023 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

　　　　　　　　　　　　　　　　　　　　　Patricia M. Mayer
　　　　　　　　　　　　　　　　　　　　　Judge, United States Bankruptcy Court

　　　　　　　　　　　　　　　　　　　　　　　　　　20
　　　　　　　　　　　　　　　　　　　　　　　　　　Form 155