**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Bethzaida Seda <br> _Debtor(s)_ | CHAPTER 13 |
| AmeriHome Mortgage Company, LLC <br> _Movant_ <br> vs. | NO. 23-11230 PMM |
| Bethzaida Seda <br> _Debtor(s)_ | |
| Scott F. Waterman <br> _Trustee_ | 11 U.S.C. Section 362 |

**ORDER**

AND NOW, this __19th__ day of __March__, 2024 at Reading, upon consideration of this Stipulation it is hereby ORDERED that:

The Court grants approval of the Stipulation executed by all parties. However, the court retains discretion regarding entry of any further order.

_/s/ Patricia M. Mayer_
_____
Hon. Patricia M. Mayer
United States Bankruptcy Judge