# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:   Bethzaida Seda,                           :       Chapter 13
              Debtor             :       Bankruptcy No. 23-11230-pmm

## **ORDER**

    AND NOW, upon consideration of the Supplemental Application for Compensation and Reimbursement of Expenses for Services Performed After Confirmation of Chapter 13 Plan.

    IT IS HEREBY ORDERED that the Supplemental Application is APPROVED in the amount of $950.00 as legal fees from 12/14/23-3/18/24.

                                    BY THE COURT

                                    _____

                                    Patricia M. Mayer
                                    U.S. Bankruptcy Judge