UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Bethzaida Seda | Chapter 13 |
| Debtor | Bankruptcy No. 23-11230-PMM |

CERTIFICATE OF NO RESPONSE

I, Brenna H. Mendelsohn, Esquire of Mendelsohn & Mendelsohn, P.C., attorney for Bethzaida Seda, Chapter 13 Debtor, do hereby certify that I have received no objections and none have been filed with the Court from any other Creditor listed on the Matrix, the Chapter 13 Trustee or the United States Trustee for the Supplemental Application for Compensation and respectfully request that this Honorable Court grant the Application without a Hearing and an Order be entered granting the relief requested.

    Respectfully submitted,

    BY: */s/ Brenna H. Mendelsohn*
    Brenna H.Mendelsohn, Esquire
    Mendelsohn & Mendelsohn, P.C.
    637 Walnut Street Reading, PA 19601

Dated: April 10, 2024