Bill for Services Rendered
Re: Bethzaida Seda
Chapter 13 Bankruptcy
Case No. 23-11230-PMM
Agreed Rate: Attorney for Debtor 250.00 p/h
Paralegal, Kirsten Kauffman rate: 90.00 p/hr

| Date / Description | Hours | Amount |
|---|---|---|
| 12/14/23 – Review Motion for Relief from Stay | .2 | 50 |
| 12/14/23 – Letter and e-amil to Debtor re: Motion for Relief | .3 | 75 |
| 12/14/23 – Phone call from Debtor re: all payments made, will send receipts | .3 | 75 |
| 12/29/23 – E-mail to attorney for lender re: updated payment history | .1 | 25 |
| 1/4/24 – Review updated payment history | .2 | 50 |
| 1/4/24 – E-mail to Debtor to review updated payment history | .1 | 25 |
| 1/16/24 – E-mail to Debtor re: receipts | .1 | 25 |
| 1/17/24 – Review Debtor's receipts | .5 | 125 |
| 2/1/24 – E-mail to Attorney for lender re: amended plan with arrears in plan | .1 | 25 |
| 2/15/24 – Review Stipulation | .4 | 100 |
| 3/18/24 – Review prior plan | .3 | 75 |
| 3/18/24 – Review Trustee payment history | .2 | 50 |
| 3/18/24 – Preparation and filing of Amended Chapter 13 Plan | 1.0 | 250 |
| 3/18/24 - Preparation and filing of Amended Schedule J | .2 | 50 |

| | | |
|---|---|---|
| 3/18/24 - Preparation and filing of Motion to Modify Plan | .5 | 125 |
| 3/18/24 – Letter and E-mail to Debtor re: modified plan | .3 | 75 |

| | |
|---|---|
| Total: | 1,200.00 |
| Discounted: | 250.00 |
| Total due: | 950.00 |

Exhibit "B"