UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  Bethzaida Seda,                :     Chapter 13
        Debtor            :     Bankruptcy No. 23-11230-pmm

### ORDER GRANTING MOTION TO MODIFY PLAN

AND NOW upon consideration of the Debtor[s'] Motion to Modify the confirmed chapter 13 Plan (doc. # 32 , the "Motion");

It is hereby ordered that

1) The Motion is granted; and

2) The Modified Plan (doc. # 30) is approved.

BY THE COURT:

Dated: 4/18/24

_____
Patricia M. Mayer
United States Bankruptcy Judge