**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF PENNSYLVANIA**

In RE:

BETHZAIDA SEDA

Debtor(s)

**Chapter:** 13

**Claim Number:** 15

**Case Number:** 23-11230

## NOTICE OF CREDITOR CHANGE OF ADDRESS

The creditor in the above-entitled case hereby requests that the mailing address pertaining to PAYMENTS only, listed in the above stated case, be changed.

Check which type of address change is being requested:

☐ Notice only    [√] Payment only    ☐ Notice & Payment

**PAYMENT ADDRESS**

FROM:

Payment Processing Center

P.O. Box 78367

Phoenix, AZ 85062

TO:

Payment Processing Center

P.O. Box 660618

Dallas, TX 75266-0618

Date: 06/28/2024

/s/ Ajay Mohite

Creditor's Authorized Agent for Ally Bank

**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF PENNSYLVANIA**

In RE:

BETHZAIDA SEDA

Debtor(s)

Chapter: 13

Case Number: 23-11230

# Certificate of Service

I certify that on 06/28/2024, I caused to be served a true and correct copy of the foregoing document by electronic mail or by first class mail with postage prepaid on the following:

Via CM / ECF / NEF

Attorney for Debtor
BRENNA HOPE MENDELSOHN
TOBYKMENDELSOHN@COMCAST.NET

Trustee
SCOTT F WATERMAN
ECFMail@ReadingCh13.com

United States Trustee
UNITED STATES TRUSTEE

/s/ Ajay Mohite
Ajay Mohite
AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118
888-455-6662
ECFNotices@aisinfo.com