| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025
### Chapter 13 Case No. 23-11230-PMM

Bethzaida Seda
1518 Snyder St
Reading  PA  19601

Petition Filed Date: 04/27/2023
341 Hearing Date: 06/27/2023
Confirmation Date: 09/28/2023

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 09/10/2024 | $467.00 | | 10/07/2024 | $467.00 | | 12/05/2024 | $467.00 | |
| 01/28/2025 | $467.00 | | 02/24/2025 | $477.00 | | 03/14/2025 | $477.00 | |
| 05/05/2025 | $466.00 | | 06/06/2025 | $466.00 | | 07/03/2025 | $467.00 | |

**Total Receipts for the Period: $4,221.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $10,117.88**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | BRENNA H MENDELSOHN ESQUIRE | Attorney Fees | $4,040.00 | $4,040.00 | $0.00 |
| 1 | US DEPARTMENT OF HUD »» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | LVNV FUNDING LLC »» 002 | Unsecured Creditors | $2,527.82 | $0.00 | $2,527.82 |
| 3 | LVNV FUNDING LLC »» 003 | Unsecured Creditors | $319.01 | $0.00 | $319.01 |
| 4 | LVNV FUNDING LLC »» 004 | Unsecured Creditors | $1,221.70 | $0.00 | $1,221.70 |
| 5 | LVNV FUNDING LLC »» 005 | Unsecured Creditors | $1,139.59 | $0.00 | $1,139.59 |
| 6 | CAPITAL ONE BANK (USA) NA »» 006 | Unsecured Creditors | $1,309.83 | $0.00 | $1,309.83 |
| 7 | QUANTUM3 GROUP LLC AS AGENT FOR »» 007 | Unsecured Creditors | $51.91 | $0.00 | $51.91 |
| 8 | QUANTUM3 GROUP LLC AS AGENT FOR »» 008 | Unsecured Creditors | $448.09 | $0.00 | $448.09 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES »» 009 | Unsecured Creditors | $3,738.17 | $0.00 | $3,738.17 |
| 10 | NEW JERSEY TURNPIKE AUTHORITY »» 010 | Unsecured Creditors | $514.50 | $0.00 | $514.50 |
| 11 | SERVICEMAC LLC AS SERVICER FOR »» 011 | Mortgage Arrears | $17,483.43 | $3,448.43 | $14,035.00 |
| 12 | MARINER FINANCE LLC »» 012 | Unsecured Creditors | $5,269.08 | $0.00 | $5,269.08 |
| 13 | LVNV FUNDING LLC »» 013 | Unsecured Creditors | $4,624.98 | $0.00 | $4,624.98 |
| 14 | SYNCHRONY BANK »» 014 | Unsecured Creditors | $1,025.69 | $0.00 | $1,025.69 |
| 15 | ALLY BANK »» 015 | Secured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 23-11230-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 0 | BRENNA H MENDELSOHN ESQUIRE | Attorney Fees | $950.00 | $950.00 | $0.00 |
| 16 | SERVICEMAC LLC AS SERVICER FOR »» 11P | Secured Creditors | $1,751.42 | $345.47 | $1,405.95 |
| 17 | ALLY BANK »» 15U | Unsecured Creditors | $9,659.71 | $0.00 | $9,659.71 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $10,117.88 | Current Monthly Payment: | $466.88 |
| Paid to Claims: | $8,783.90 | Arrearages: | $1,785.96 |
| Paid to Trustee: | $892.66 | Total Plan Base: | $26,844.00 |
| Funds on Hand: | $441.32 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.