**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re:  Bethzaida Seda, | : | Chapter 13 |
| Debtor | : | Bankruptcy No. 23-11230-pmm |

### ORDER GRANTING MOTION TO MODIFY PLAN

AND NOW upon consideration of the Debtor[s'] Motion to Modify the confirmed chapter 13 Plan (doc. # 58, the "Motion");

It is hereby ordered that

1) The Motion is granted; and

2) The Modified Plan (doc. # 57) is approved.

BY THE COURT:

10/30/25

*Patricia M. Mayer*
_____
Patricia M. Mayer
United States Bankruptcy Judge