*Form 167* (1/25)−doc 74 − 73

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>Bethzaida Seda<br><br><br>Debtor(s). | )<br>)<br>)<br>)<br>)<br>)<br>) | <br>Case No. 23−11230−pmm<br><br><br>Chapter: 13 |

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Patricia M. Mayer , United States Bankruptcy Judge to consider:

Response to Certification of Default filed by Creditor AMERIHOME MORTGAGE COMPANY, LLC Filed by Bethzaida Seda

on: 9/24/26

at: 11:00 AM

in: 201 Penn Street, 4th Floor, Reading, PA 19601

Date: August 24, 2026

For The Court

Mohung Wong
Clerk of Court