Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Bethzaida Seda
1518 Snyder St
Reading, PA 19601

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2025 to 07/31/2026
**Chapter 13 Case No. 23-11230-PMM**

Petition Filed Date: 04/27/2023
341 Hearing Date: 06/27/2023
Confirmation Date: 09/28/2023

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/28/2025 | $467.00 | | 09/09/2025 | $466.00 | | 09/15/2025 | $67.00 | |
| 09/19/2025 | $467.00 | | 10/21/2025 | $537.00 | | 11/18/2025 | $270.00 | |
| 11/25/2025 | $276.00 | | 02/02/2026 | $537.00 | | 03/05/2026 | $537.00 | |
| 04/03/2026 | $537.00 | | 05/11/2026 | $537.00 | | 06/23/2026 | $537.00 | |
| 07/31/2026 | $537.00 | | | | | | | |

**Total Receipts for the Period: $5,772.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $15,422.88**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | BRENNA H MENDELSOHN ESQUIRE | Attorney Fees | $4,040.00 | $4,040.00 | $0.00 |
| 1 | US DEPARTMENT OF HUD<br>»» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | LVNV FUNDING LLC<br>»» 002 | Unsecured Creditors | $2,527.82 | $0.00 | $2,527.82 |
| 3 | LVNV FUNDING LLC<br>»» 003 | Unsecured Creditors | $319.01 | $0.00 | $319.01 |
| 4 | LVNV FUNDING LLC<br>»» 004 | Unsecured Creditors | $1,221.70 | $0.00 | $1,221.70 |
| 5 | LVNV FUNDING LLC<br>»» 005 | Unsecured Creditors | $1,139.59 | $0.00 | $1,139.59 |
| 6 | CAPITAL ONE BANK (USA) NA<br>»» 006 | Unsecured Creditors | $1,309.83 | $0.00 | $1,309.83 |
| 7 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 007 | Unsecured Creditors | $51.91 | $0.00 | $51.91 |
| 8 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 008 | Unsecured Creditors | $448.09 | $0.00 | $448.09 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 009 | Unsecured Creditors | $3,738.17 | $0.00 | $3,738.17 |
| 10 | NEW JERSEY TURNPIKE AUTHORITY<br>»» 010 | Unsecured Creditors | $514.50 | $0.00 | $514.50 |
| 11 | SERVICEMAC LLC AS SERVICER FOR<br>»» 011 | Mortgage Arrears | $17,483.43 | $7,911.21 | $9,572.22 |

**Chapter 13 Case No. 23-11230-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 12 | MARINER FINANCE LLC<br>»» 012 | Unsecured Creditors | $5,269.08 | $0.00 | $5,269.08 |
| 13 | LVNV FUNDING LLC<br>»» 013 | Unsecured Creditors | $4,624.98 | $0.00 | $4,624.98 |
| 14 | SYNCHRONY BANK<br>»» 014 | Unsecured Creditors | $1,025.69 | $0.00 | $1,025.69 |
| 15 | ALLY BANK<br>»» 015 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 0 | BRENNA H MENDELSOHN ESQUIRE | Attorney Fees | $950.00 | $950.00 | $0.00 |
| 16 | SERVICEMAC LLC AS SERVICER FOR<br>»» 11P | Secured Creditors | $1,751.42 | $792.53 | $958.89 |
| 17 | ALLY BANK<br>»» 15U | Unsecured Creditors | $9,659.71 | $0.00 | $9,659.71 |
| 0 | BRENNA H MENDELSOHN ESQUIRE | Attorney Fees | $450.00 | $450.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $15,422.88 | Current Monthly Payment: | $535.70 |
| Paid to Claims: | $14,143.74 | Arrearages: | $1,052.00 |
| Paid to Trustee: | $1,279.14 | Total Plan Base: | $27,724.58 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.